**LAW OFFICE OF JOHN McGOVERN**
221 Washington St. 2nd Floor
Newark, New Jersey 07101
(973)313-1500
Attorney for the Defendant

## UNITED STATES DISTRICT COURT
## DISCTIRCT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA | : |
| v. | : **ORDER** |
| NESTOR GIBBS | : ~~Magistrate~~ No. 09-784 |

This matter coming before the Court by way of defendant, through his attorney John McGovern, with consent of Assistant United States Attorney Robert Frazer;

Ordered that defendant's conditions of bail are hereby amended and revised to eliminate electronic monitoring so that defendant can obtain a new job;

It is further ordered that home confinement shall continue, with a curfew, but defendant shall be permitted to remain outside the home for employment opportunities.

All the other terms and conditions remain the same.

Dated: October   , 2010
Newark, New Jersey

By: _____
United States ~~Magistrate~~ Judge
District

By: _____
AUSA Robert Frazer